UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00202-FDW-DSC

| RAYFORD SELLERS, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| vs. | ) |  |
|  | ) | ORDER |
| DOLLAR TREE STORES, INC., | ) |  |
| Defendant. | ) |  |

THIS MATTER comes before the undersigned on the parties' consent motion to remand (Doc. No. 2) this action to state court pursuant to 28 U.S.C. § 1447.

On March 15, 2018, this case was filed in the General Court of Justice, Superior Court Division of Mecklenburg County, North Carolina. On April 20, 2018, Defendant filed a Notice of Removal of the action to this Court on the basis of diversity jurisdiction. Subsequently, the parties stipulated to damages in this litigation of no more than $74,999. On May 1, 2018, the parties filed their consent motion to remand, contending federal jurisdiction is no longer proper as the amount in controversy no longer exceeds $75,000. 28 U.S.C. § 1332.

IT IS, THEREFORE, ORDERED, that the parties' consent motion to remand (Doc. No. 2) is GRANTED and pursuant to 28 U.S.C. § 1447, this case is REMANDED to the state court where it was originally filed.

IT IS SO ORDERED.

Signed: May 1, 2018

Frank D. Whitney
Chief United States District Judge